UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| SONYA PIPKINS, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | NO. 1:15-cv-00111 |
|  | ) | CHIEF JUDGE CRENSHAW |
| IMASEN BUCYRUS TECHNOLOGY, INC., | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 37), to which Plaintiff did not object. The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Defendant's Unopposed Motion for Summary Judgment (Doc. No. 24) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The October 3, 2017 trial is **CANCELED**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE